TRUST LAW, P.C.

Lindsay M. Trust, Esq. ltrust@osbornlawpc.com

August 17, 2026

**VIA ECF**

Honorable Judge Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Felder v. Commissioner of Social Security*
Civil Action No. 1:26-cv-04410-VF

Dear Judge Figueredo,

We write on behalf of our client, Octavia L. Felder, and with the consent of Defendant, to respectfully request a 90-day extension of time to file Plaintiff's motion for judgment on the pleadings, currently due on August 26, 2026 per the Court's Standing Scheduling Order. This is Plaintiff's first request for an extension. The reason for this request is that the undersigned requires additional time due to having numerous briefs and overlapping deadlines in the upcoming weeks.

After conferring with the defendant, the parties have agreed to the following amended scheduling order, subject to the Court's approval:

1. Plaintiff to file her motion for judgment on the pleadings on or before: **November 24, 2026**;

2. Defendant to file its response to plaintiff's motion/cross motion on or before: **February 22, 2027**; and

3. Plaintiff to file her reply, if any, on or before: **March 8, 2027**.

43 West 43rd Street, Suite 131 Telephone 212-725-9800 trustlawpc.com
New York, New York 10036 Facsimile 212-500-5115 info@osbornlawpc.com

Thank you for your consideration of this request.

Respectfully submitted,

s/Lindsay M. Trust

Lindsay M. Trust
TRUST LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone: 212-725-9800
Facsimile: 212-500-5115
ltrust@osbornlawpc.com

cc: Sergei Aden, Esq. (by ECF)

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: August 18, 2026**

The request for a 90-day extension of time to file the motion for judgment on the pleadings is GRANTED. The deadlines proposed herein are adopted.